Case 15-72960-wlh    Doc 90    Filed 07/30/19    Entered 07/30/19 11:02:21    Desc
Page 1 of 6

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No.: 1

| Case No.: | 15-72960 | | | Trustee Name: | Tamara Miles Ogier |
| Case Name: | MUELLER, JOCHEN AND MUELLER, MARY | | | Date Filed (f) or Converted (c): | 11/30/2015 (f) |
| For the Period Ending: | 06/30/2019 | | | §341(a) Meeting Date: | 01/05/2016 |
| | | | | Claims Bar Date: | 04/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Lot 3 Sec A Beulah LandsNorth Carolina1 acre | $17,350.00 | $17,350.00 | | $0.00 | $8,000.00 |
| 2 | Charles Schwab & Co.brokerage account ending in 5482 | $9.00 | $0.00 | | $0.00 | FA |
| 3 | household goods and furnishings, including, butnot limited to, stove, refrigerator, washer/dryer,microwave, cooking utencils, silverware/flatware,cookware, furniture, tvs, phones, yard tools,computers, printers, etc. | $2,800.00 | $0.00 | | $0.00 | FA |
| 4 | clothes | $400.00 | $0.00 | | $0.00 | FA |
| 5 | Life Insurance Prudential ending in 7429 case value $2008 | $2,008.00 | $2,008.00 | | $0.00 | FA |
| 6 | Prudential Life Insurance 2 policies ending in 3149 (cash value at $9,875) and 1512 (cash value at $19,746) | $29,621.00 | $8,930.00 | | $12,921.19 | FA |
| 7 | 2006 BMW 525iA90,000 miles | $6,900.00 | $0.00 | OA | $0.00 | FA |
| 8 | 2012 Honda Civic | $7,700.00 | $0.00 | OA | $0.00 | FA |
| 9 | checking account ending in 9177Wells Fargo | $800.00 | $0.00 | | $0.00 | FA |
| 10 | checking accountEast West Bankending in 1465 | $400.00 | $0.00 | | $0.00 | FA |
| 11 | art | $500.00 | $0.00 | | $0.00 | FA |
| 12 | Hartford Life Insuranceirrevocable trust | $13,088.00 | $0.00 | | $2,118.77 | FA |
| 13 | personal residence5097 Viking WalkMarietta, GA 30068 | $328,000.00 | $0.00 | OA | $0.00 | FA |

**TOTALS (Excluding unknown value)**  
Gross Value of Remaining Asset

| | $409,576.00 | $28,288.00 | | $15,039.96 | $8,000.00 |

**Major Activities affecting case closing:**

06/30/2019    Trustee has listed property in NC that will likely take substantial time to sell.  An interim distribution to creditors has been made of virtually all funds on hand.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-72960 | | | Trustee Name: | Tamara Miles Ogier |
| Case Name: | MUELLER, JOCHEN AND MUELLER, MARY | | | Date Filed (f) or Converted (c): | 11/30/2015 (f) |
| For the Period Ending: | 06/30/2019 | | | §341(a) Meeting Date: | 01/05/2016 |
| | | | | Claims Bar Date: | 04/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Initial Projected Date Of Final Report (TFR):   03/30/2017          Current Projected Date Of Final Report (TFR):   06/30/2020          /s/ TAMARA MILES OGIER

                                                                                                                                     TAMARA MILES OGIER

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 15-72960 | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | MUELLER, JOCHEN AND MUELLER, MARY | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5377 | Checking Acct #: | ******6001 |
| Co-Debtor Taxpayer ID #: | **-***5378 | Account Title: | |
| For Period Beginning: | 07/01/2018 | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 06/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/13/2016 | (12) | Hartford Life | turnover of insurance cash value | 1129-000 | $2,118.77 | | $2,118.77 |
| 07/28/2016 | (6) | Prudential Insurance | turnover of insurance cash value | 1129-000 | $12,921.19 | | $15,039.96 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.09 | $15,037.87 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $22.92 | $15,014.95 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $25.01 | $14,989.94 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $22.62 | $14,967.32 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $23.37 | $14,943.95 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $24.11 | $14,919.84 |
| 01/11/2017 | 1001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $4.78 | $14,915.06 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $24.07 | $14,890.99 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $21.70 | $14,869.29 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $25.54 | $14,843.75 |
| 04/12/2017 | 1002 | Georgia Department of Revenue | taxes due - see motion doc no 69 | 2820-000 | | $173.00 | $14,670.75 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $21.63 | $14,649.12 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $23.78 | $14,625.34 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $24.36 | $14,600.98 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $22.04 | $14,578.94 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $23.52 | $14,555.42 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $23.48 | $14,531.94 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $22.69 | $14,509.25 |
| 11/08/2017 | 1003 | Ogier, Rothschild & Rosenfeld, P.C. | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 5,089.00; Amount Allowed: 5,089.00; | 3110-000 | | $5,089.00 | $9,420.25 |
| 11/08/2017 | 1004 | Ogier, Rothschild & Rosenfeld, P.C. | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 74.00; Amount Allowed: 74.00; | 3120-000 | | $74.00 | $9,346.25 |
| 11/08/2017 | 1005 | Stonebridge Accounting & Forensics | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 3,180.00; Amount Allowed: 3,180.00; | 3410-000 | | $3,180.00 | $6,166.25 |
| | | | SUBTOTALS | | $15,039.96 | $12,053.71 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 15-72960 | Trustee Name: | Tamara Miles Ogier |
| Case Name: | MUELLER, JOCHEN AND MUELLER, MARY | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5377 | Checking Acct #: | ******6001 |
| Co-Debtor Taxpayer ID #: | **-***5378 | Account Title: | |
| For Period Beginning: | 07/01/2018 | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 06/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2017 | 1006 | Stonebridge Accounting & Forensics | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 42.97; Amount Allowed: 42.97; | 3420-000 | | $42.97 | $6,123.28 |
| 11/08/2017 | 1007 | Tamara Miles Ogier | Trustee Compensation | 2100-000 | | $2,154.00 | $3,969.28 |
| 11/08/2017 | 1008 | Tamara Miles Ogier | Trustee Expenses | 2200-000 | | $848.58 | $3,120.70 |
| 11/08/2017 | 1009 | IRS | Distribution Dividend: 3.13; Claim #: 6; Amount Claimed: 69,331.44; Amount Allowed: 69,331.44; | 5800-000 | | $2,166.87 | $953.83 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.98 | $944.85 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.52 | $943.33 |
| 01/04/2018 | 1010 | International Sureties, Ltd. | Bond Payment 016027955 | 2300-000 | | $0.34 | $942.99 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1.52 | $941.47 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1.37 | $940.10 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1.56 | $938.54 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1.41 | $937.13 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1.51 | $935.62 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1.50 | $934.12 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1.45 | $932.67 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1.65 | $931.02 |
| 01/04/2019 | 1011 | Liberty Mutual Insurance Company | Bond Payment | 2300-000 | | $0.42 | $930.60 |

|  |  |  | SUBTOTALS | $0.00 | $5,235.65 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 15-72960 | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | MUELLER, JOCHEN AND MUELLER, MARY | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5377 | Checking Acct #: | ******6001 |
| Co-Debtor Taxpayer ID #: | **-***5378 | Account Title: | |
| For Period Beginning: | 07/01/2018 | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 06/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $15,039.96 | $14,109.36 | $930.60 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $15,039.96 | $14,109.36 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $15,039.96 | $14,109.36 | |

**For the period of 07/01/2018 to 06/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/14/2016 to 6/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $15,039.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,039.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14,109.36 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,109.36 |
| Total Internal/Transfer Disbursements: | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Page No: | | 4 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-72960 | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | MUELLER, JOCHEN AND MUELLER, MARY | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5377 | Checking Acct #: | ******6001 |
| Co-Debtor Taxpayer ID #: | **-***5378 | Account Title: | |
| For Period Beginning: | 07/01/2018 | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 06/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $15,039.96 | $14,109.36 | $930.60 |

| For the period of 07/01/2018 to 06/30/2019 | | For the entire history of the account between 06/14/2016 to 6/30/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $15,039.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $15,039.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3.52 | Total Compensable Disbursements: | $14,109.36 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.52 | Total Comp/Non Comp Disbursements: | $14,109.36 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |